IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENNIS J. HOTCHKISS, | ) |
|     Plaintiff, | ) |
| v. | ) No. 3:09-0314 |
| | ) JUDGE HAYNES |
| PHILLIP D. RUSSELL, and BAD, INC., a/k/a BATTERY ACQUISITION & DEVELOPMENT, INC., d/b/a INTERSTATE BATTERIES OF MISIC CITY, | ) |
|     Defendants. | ) |

### O R D E R

Upon the parties' joint stipulation of dismissal (Docket Entry No. 23) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is action is **DISMISSED with prejudice.** Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 30 day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge